**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronnie Howell Lynch, ) | No. CIV 05-2436 PHX-DGC (DKD) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora B. Schriro; Arizona Attorney General, ) | |
| Respondents. ) | |

Currently pending before the Court is Petitioner Ronnie Lynch's Motion to Amend, filed September 1, 2005 (Doc. #10). He seeks to include in his amended habeas petition the *Blakely* claim presented in two state post-conviction petitions, both denied by the trial court, the most recent on August 11, 2005, the day before he filed his federal petition. Lynch previously requested a stay of these habeas proceedings, pending the amendment to include this claim. The district court denied the motion, finding that "[e]ven if the unexhausted claim were added in an amended petition, the Court would not grant a stay" (Doc. #6 at 2). The Court concluded that Lynch's *Blakely* claim is not "potentially meritorious" because his conviction became final long before *Blakely* was decided, and it could not be applied retroactively, citing *Schardt v. Payne*, 414 F.3d 1025 (9th Cir. 2005). Any attempt to amend his petition to include this claim would therefore be futile.

1   **IT IS THEREFORE ORDERED DENYING** Petitioner Ronnie Lynch's Motion to
2   Amend (Doc. #10).
3   DATED this 8th day of November, 2005.

David K. Duncan
United States Magistrate Judge